16894.  DUNSON .& BROTHERS CO. *v.* UNITY COTTON MILLS.

BROYLES, C. J.  1. In a claim case where the plaintiff in fi. fa. assumed the burden of proof (certain cotton having been levied on by the foreclosure of a mortgage thereon), he failed to carry the burden, where he did not show either possession of the cotton, or the right of possession thereof, in the mortgagor at the time the mortgage was executed.  Civil Code (1910), § 3256; *Durant* v. *D'Auxy,* 107 *Ga.* 456, 464.

(*a*) This is true although it be shown by the plaintiff in fi. fa. that the mortgagor acquired possession of the cotton after the execution of the mortgage and prior to the levy.  *Ga. So. & Fla. Ry. Co.* v. *Barton,* 101 *Ga.* 466, 469 (28 S. E. 842); *Lubroline Oil Co.* v. *Athens Bank,* 104 *Ga.* 376, 382 (30 S. E. 409).  This ruling is not in conflict with the decision in *Hill* v. *O'Bryan,* 104 *Ga.* 137 (2) (30 S. E. 996), cited by counsel for the plaintiff in error; for in that case the rights of third persons were not involved.  .

2. Under the above-stated ruling the verdict directed in this case was not erroneous for any reason assigned.

Judgment affirmed. *Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 12, 1926.

Levy and claim; from city court of LaGrange—Judge Tuggle. September 17, 1925.

*M. U. Mooty, J. T. Thomasson,* for plaintiff.

*M. F. McLendon, Henry Reeves,* contra.